Kevin MacMurray Esq.,
MacMurray & Associates LLC
Two Center Plaza Suite 605
Boston MA 02108
(617) 742 8161
BBO# 558192

Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEJANDRA ARENAS VICTORIA,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>DAVID WESLING, Field Office Director of ICE ERO in the Boston Field Office;<br>PATRICIA HYDE, Acting Field Office Director;<br>TODD LYONS, Acting Director, U.S. Immigrations and Customs Enforcement;<br>PAMELA BONDI, U.S. Attorney General;<br>and KRISTI NOEM, U.S. Secretary of Homeland Security,<br><br>Respondents-Defendants. | Case No. 1:26-cv-10088 |

**PETITIONER'S STATUS UPDATE**

Petitioner, through undersigned counsel, respectfully submits this status update to apprise the Court of developments arising from the bond hearing scheduled for January 22, 2026, before the Chelmsford Immigration Court.

1. At the outset of the bond hearing scheduled for this morning, counsel for the Office of the Principal Legal Advisor ("OPLA") advised the Immigration Court that the Respondent had been moved from the Burlington, Massachusetts facility.
2. Undersigned counsel advised the Immigration Judge that there is a pending habeas action before this Court and raised concerns regarding the asserted transfer in light of this Court's January 9, 2026 Order staying transfer absent advance notice. The Immigration Judge then placed the matter on second call.
3. During the interim period, based on DHS's representations that the Respondent had been transferred and counsel's inability to reach the Respondent at the Burlington facility, Petitioner filed a Motion for Contempt with this Court.
4. Approximately one and a half hours after the originally scheduled hearing time, the Respondent was produced for her bond hearing.
5. The Immigration Judge ultimately denied bond, relying on *Matter of M-S-*, 27 I&N Dec. 509 (A.G. 2019), on the ground that the Respondent had received a positive credible fear determination and was therefore placed into INA § 240 proceedings.
6. Petitioner respectfully notes that this rationale is legally incorrect. A positive credible fear determination and placement into § 240 proceedings does not, standing alone, divest the Immigration Court of bond jurisdiction, nor does it categorically mandate continued detention under *Matter of M-S-*. Petitioner preserves this issue

Respectfully submitted,

ss// *Kevin MacMurray*

Kevin MacMurray
BBO#558192
MacMurray & Associates, LLC
Two Center Plaza, Suite 605
Boston, MA 02108
kpm@macmurrayassociates.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document will be served on counsel for all parties through the Court's CM/ECF system.

Dated this 22 day of January, 2026.

/s/ *Kevin MacMurray*
Kevin MacMurray