United States District Court
District of Massachusetts

| | |
|---|---|
| Alejandra Arenas Victoria, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> David Wesling et. al., ) <br> ) <br> Respondents. ) <br> ) <br> ) | Civil Action No. <br> 1:26-cv-10088-NMG |

**ORDER**

GORTON, J.

    This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Alejandra Arenas Victoria ("petitioner" or "Victoria"). She contends that her detention by David Wesling and other named respondents (collectively, "respondents") is unlawful. Respondents initially responded that the legal issues in this case are similar to those in Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025) and that the outcome in that case is controlling.

    Petitioner was brought before an Immigration Judge for a bond hearing on January 22, 2026. The Judge determined that, because petitioner received a positive credible fear determination, she was ineligible for bond. The Court requested further briefing from the parties regarding 1) whether petitioner is a member of the Guerra Orellana class and 2)

-1-

whether the hearing on January 22, 2026, provided her with the process to which she was entitled. Both parties agree that petitioner is a member of the Guerra Orellana class and respondents maintain that this case should be resolved in line with Lema Zamora.

Therefore, and for the reasons set forth in Sampiao v. Hyde, No. 1:25-CV-11981-JEK, 2025 WL 2607924 (D. Mass. Sept. 9, 2025), Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025) and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED**. The Court directs that Victoria is to be released unless she is afforded a bond hearing that complies with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
Senior United States District Judge

Dated: February 25, 2026