UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEJANDRA ARENAS VICTORIA,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, *et al.*,<br><br>Respondents. | No. 1:26-cv-10088-NMG |

**STATUS REPORT**

Respondents respectfully submit the following status report:

U.S. Immigration and Customs Enforcement informs undersigned counsel that the immigration court granted bond in the amount of $5,000 to Petitioner Alejandra Arenas Victoria on March 4, 2026, and Petitioner was released on March 9, 2026.

Dated: March 24, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: *[/s/ Julian N. Canzoneri]*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on March 24, 2026.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney